# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JOSUE E MARTINEZ-ROMERO,
      Defendant.

CASE NO. 2:26-PO-00014

MAGISTRATE JUDGE JOLSON

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED THAT this case be DISMISSED.

s/ Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

5/4/2026
**DATE**